## United States District Court for the District of Columbia

Sai *et al.*

v.

FCC *et al.*

Civil Action No.: -RDM

Case: 1:20–cv–01314
Assigned To : Unassigned
Assign. Date : 5/16/2020
Description: TRO/PI (D–DECK)

### IFP motion & affidavit

1. This Court has previously granted Sai IFP status. *Sai v. TSA*, No. 14-cv-403 (D. D.C. Oct. 17, 2018), pursuant to an IFP motion under seal and "eyes only" protective order.

2. Sai hereby swears, under penalty of perjury, 28 USC § 1746, that their financial situation has not changed substantially since then, and that they are willing to submit further details only under the same seal and protective order as this Court previously granted, *id.* Oct. 2, 2018; *see* memorialization in sealed motion, *id.* ECF 176 (Oct. 4, 2018).

3. As President of Fiat Fiendum, Sai hereby swears, under penalty of perjury, 28 USC § 1746, that its net assets are now ~$2,100; its gross income is ~$105/mo regularly plus ~$3,000–5,000/yr in irregular contributions; and its regular net income is an operating loss of ~$200–400/mo.

4. Because this case is to be resolved immediately, and merits an EAJA award of costs including the filing fee, Plaintiffs request that the IFP status determination be delayed until the resolution of the PI/TRO/MSJ — and that if they prevail with an award of costs, it be deemed moot, with Defendants ordered to pay the filing fee directly to the Court.

Respectfully submitted,
/s/ Sai
*plaintiff pro se,* and as non-attorney representative of
Fiat Fiendum
500 Westover Dr. #54514
Sanford, NC 27330
legal@s.ai / sai@fiatfiendum.org
+1 510 394 4724

**RECEIVED**
MAY 16 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia