UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1314 (UNA) |
| | ) | |
| FEDERAL COMMUNICATIONS COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiffs' motion for reconsideration [6] is DENIED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATE: July 1, 2020

/s/
JAMES E. BOASBERG
United States District Judge